UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Biodun Iginla,

Plaintiff,

vs.

Barnes & Nobles Booksellers, Inc.,

Defendant.

Civil 01-1767 (RHK/JMM)

**ORDER**

---

Defendant's Motion to Dismiss is referred to Magistrate Judge John M. Mason for a recommended disposition. The December 21, 2001 hearing before the undersigned is **CANCELED**. If Judge Mason desires oral argument, the parties will be notified of a new hearing date.

Dated: December 4, 2001

RICHARD H. KYLE
United States District Judge

FILED DEC 04 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK