UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

BIODUN IGINLA, CIVIL NO. 01-1767 (RHK/JMM)

Plaintiff,

v. ORDER/NOTICE OF HEARING

BARNES& NOBLES
BOOKSELLERS, INC.,

Defendant.

By Order dated December 4, 2001, Defendant's Motion to Dismiss was referred to the undersigned for disposition.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED:

1. No later than December 14, 2001, Plaintiff shall submit a Memorandum and such supporting Affidavits as may be appropriate, setting forth the reasons, if any there be, why Defendant's Motion to Dismiss should not be granted; and

2. Defendant may submit a Reply no later than December 19, 2001.

3. On December 21, 2001 at 2:00 p.m. in Courtroom 628B, U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota, Plaintiff and Defendant shall appear before the undersigned to present oral argument as to whether the Defendant's Motion to Dismiss should be granted.

Dated: December 5, 2001

JOHN M. MASON
United States Magistrate Judge

FILED DEC 05 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD_______
DEPUTY CLERK_______